# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> ERICK GONZALEZ-ZAVALA, <br><br> Defendant. | Case No.: 17-CR-1813-DMS <br><br> **ORDER AND JUDGMENT DISMISSING INFORMATION WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

SO ORDERED.

Dated: August 21, 2017

Hon. Dana M. Sabraw
United States District Judge